IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Woodrow Lovell, | ) | No. CV-09-1419-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Primary Financial Services, et al., | ) | |
| Defendants. | ) | |

Pursuant to this court's order of November 19, 2009,

IT IS ORDERED dismissing this action without prejudice under Rule 4(m), Fed. R. Civ. P.

DATED this 8th day of December, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge